**DENY; and Opinion Filed June 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00661-CV

### IN RE ALFRED LEE STONE, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-91-42452-T**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Evans
Opinion by Justice Fillmore

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to rule on various post-conviction motions filed February 2, 2015. To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel. Weeks,* 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). Further, as the party seeking relief, the relator has the burden of providing the Court with a sufficient mandamus record to establish his right to mandamus relief. *Lizcano v. Chatham*, 416 S.W.3d 862, 863 (Tex. Crim. App. 2011) (orig. proceeding) (Alcala, J. concurring); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding).

The mandamus record before us does not include a certified or sworn copy of the trial court's docket sheet or other proof that establishes the trial court has failed to rule on relator's motions. TEX. R. APP. P. 52.3(k)(1)(a) (appendix must contain certified or sworn copy of order

complained of, or any other document showing the matter complained of); 52.7(a) (relator must file with petition certified or sworn copy of every document material to relator's claim for relief). Absent such a record, we cannot conduct a meaningful review of relator's claims. *Lizcano*, 416 S.W.3d at 863 (Alcala, J. concurring).

We deny the petition.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150661F.P05